UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-13-751-R                                              Date: March 10, 2014

============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger | Carol Chen |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

============================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

2)   RENE FLORES                              2)   James Bisnow
     X present   X in custody                      X present   X appointed

3)   RANDY GARMON                             3)   Michael Meza
     X present   X in custody                      X present   X appointed

5)   ARTURO CORTEZ                            5)   Anthony Solis
     X present   X in custody                      X present   X appointed

_____
PROCEEDINGS:   SENTENCING

**The Court expresses concern regarding the nature of the crimes the defendants have pled guilty to, in the sense of the nucleus of events that led to the committing of the crimes in the first instance, when in fact and in truth there never was any actual crime available to commit, as to the robbing of an imaginary cocaine stash house, and Orders the Government to file further briefing on this issue, the nexus of the creation of the crimes by the government, how it all came into being and was then implemented by the government in the first instance, and regarding the very substantial sentences the defendants now face, including the mandatory minimum consecutive gun counts.**
**The defendants may file responses to the government's further briefing, and the matter as to the sentencing of each of the defendants is continued to APRIL 28, 2014 AT 1:30 P.M.**

                                                                          <u>4 min</u>

MINUTES FORM 11                                      Initials of Deputy Clerk __WH_____
CRIM -- GEN