UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-13-751-R                                          Date: MAY 12, 2014
==========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Vicki Chou |
|---|---|---|
| for William Horrell | Court Reporter | Carol Chen |
| Courtroom Deputy | | Asst. U.S. Attorney |

==========================================================================
U.S.A. vs (Dfts listed below)              Attorneys for Defendants

2)   RENE FLORES                            2)   James Bisnow
     X  Present      X  Custody                  X  Present       X Appointed

3)   RANDY GARMON                           3)   Michael Meza
     X  Present      X  Custody                  X  Present       X Appointed

5)   ARTURO CORTEZ                          5)   Anthony Solis
     X  Present      X  Custody                  X  Present       X Appointed

_____

PROCEEDINGS:   STATUS CONFERENCE

**Court hears argument of counsel.**

**For the reasons stated on the record, the Indictment in this case as to defendants Rene Flores, Randy Garmon, and Arturo Cortez is dismissed.  An Order will issue.**

**The Court DENIES government's request to stay release of defendants pending appeal.**

**The Court orders defendants Flores, Garmon and Cortez released forthwith.**

**Issued Release Order #15393 (Flores), #15394 (Garmon), #15395 (Cortez)**

cc: USM, BOP                                                    0:20  min
MINUTES FORM 6                                    Initials of Deputy Clerk __cch_____
CRIM -- GEN